UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 16756
   SERGIO L FERNANDEZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4337
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/14/07 and confirmed on 12/12/07.

   2.  The case was dismissed after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $   3090.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 1625.93 | .00 | 1625.93 |
| ILLINOIS AMERICAN WATER | SECURED | 490.00 | .00 | 30.00 |
| KAN LEASING INC | SECURED | 24000.00 | 140.00 | 1155.02 |
| KAN LEASING INC | UNSECURED | 21033.98 | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26115.93 | .00 | 21033.98 | .00 | 47149.91 |
| PRINCIPAL PAID | 2810.95 | .00 | .00 | .00 | 2810.95 |
| INTEREST PAID | 140.00 | .00 | .00 | .00 | 140.00 |
| TOTAL PAID | 2950.95 | .00 | .00 | .00 | 2950.95 |

The Debtor's attorney, PHILIP A IGOE                , was allowed $   3500.00
and was paid $    726.00  direct and $     .00  through the plan.

The Trustee received $    139.05 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08                 /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 07 B 16756 SERGIO L FERNANDEZ
```